UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HOSHI RAD,<br><br>    Plaintiff,<br><br>vs.<br><br>TBS SHIPPING SERVICES, INC., and JOSEPH ROYCE, individually,<br><br>    Defendants. | Civil Action No. 1:13-cv-01302-RWS<br><br>**NOTICE OF FILING PLAINTIFF'S CONSENT TO JOIN** |

   Plaintiff, HOSHI RAD by and through the undersigned counsel, hereby provides notice of filing Plaintiff's Consent to Join.

Dated:  March 6, 2013                                Respectfully submitted,

                                                    /s/ Jodi J. Jaffe
                                                    Jodi J. Jaffe, Esq.
                                                    E-mail: JJaffe@JaffeGlenn.com
                                                    New York Bar No. JJ8034
                                                    **JAFFE GLENN LAW GROUP, P.A.**
                                                    12 South Orange Ave, Suite 3R
                                                    South Orange, NJ 07079
                                                    Telephone: (201) 687-9977
                                                    Facsimile: (201) 595-0308
                                                    *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 6, 2013, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

/s/ Jodi J. Jaffe
Jodi J. Jaffe, Esq.

## SERVICE LIST.

No Counsel has yet to make an appearance on behalf of the Defendant.