## CONSENT TO JOIN

1. I hereby consent to become a party plaintiff and make a claim against __IBS__ and related entities or persons for unpaid wages.

2. I hereby designate Jaffe Glenn Law Group, P.A. to represent me in bringing my claim and the lead name Plaintiff (as substituted or amended) to serve as my agent and make decisions on my behalf concerning the litigation and settlement, and I agree to be bound by such decisions accordingly.

3. I also consent to join any separate or subsequent action to assert my claim against and related companies or persons.

4. I hereby agree to be bound by any adjudication of my claim by the court, whether it is favorable or unfavorable.

_____   __1/17/2013__
Client                             Date

__Hoshi Rad__
Print Name