UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HOSHI RAD,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>TBS SHIPPING SERVICES, INC., and<br>JOSEPH ROYCE, individually,<br><br>　　　　Defendants. | Civil Action No. 1:13-cv-01302-RWS<br><br>NOTICE OF FILING PLAINTIFF'S<br>CONSENT TO JOIN |

　　　　Plaintiff, HOSHI RAD by and through the undersigned counsel, hereby provides notice of filing Plaintiff's Consent to Join.

Dated:  March 7, 2013

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Jodi J. Jaffe
　　　　　　　　　　　　　　　　　　　　Jodi J. Jaffe, Esq.
　　　　　　　　　　　　　　　　　　　　E-mail: JJaffe@JaffeGlenn.com
　　　　　　　　　　　　　　　　　　　　New York Bar No. JJ8034
　　　　　　　　　　　　　　　　　　　**JAFFE GLENN LAW GROUP, P.A.**
　　　　　　　　　　　　　　　　　　　12 South Orange Ave, Suite 3R
　　　　　　　　　　　　　　　　　　　South Orange, NJ 07079
　　　　　　　　　　　　　　　　　　　Telephone: (201) 687-9977
　　　　　　　　　　　　　　　　　　　Facsimile: (201) 595-0308
　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 7, 2013, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

/s/ Jodi J. Jaffe
Jodi J. Jaffe, Esq.

## SERVICE LIST

No Counsel has yet to make an appearance on behalf of the Defendant.

## CONSENT TO JOIN

1. I hereby consent to become a party plaintiff and make a claim against ___IBS_____ and related entities or persons for unpaid wages.

2. I hereby designate Jaffe Glenn Law Group, P.A. to represent me in bringing my claim and the lead name Plaintiff (as substituted or amended) to serve as my agent and make decisions on my behalf concerning the litigation and settlement, and I agree to be bound by such decisions accordingly.

3. I also consent to join any separate or subsequent action to assert my claim against and related companies or persons.

4. I hereby agree to be bound by any adjudication of my claim by the court, whether it is favorable or unfavorable.

_____*signature*_____         __1/17/2013__
Client                                  Date

___Hoshi Rad___

Print Name